Keith Russell Judd, Texarkana, TX, pro se.

Jeanne E. Davidson, Department of Justice, Washington, DC, for Defendants–Appellees.

### ORDER

The appellant having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**Keith Russell JUDD, Plaintiff–Appellant,**

v.

**John B. FOX, Warden, Defendant–Appellee.**

No. 2008–1593.

United States Court of Appeals, Federal Circuit.

Sept. 23, 2008.

Keith Russell Judd, Texarkana, TX, pro se.

Jeanne E. Davidson, Department of Justice, Washington, DC, for Defendant–Appellee.

### ORDER

The appellant having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**ADVANCED MAGNETIC CLOSURES, INC., Plaintiff–Appellant,**

and

**David Jaroslawicz and Jaroslawicz & Jaros, LLC, Movants–Appellants,**

and

**Abelman, Frayne & Schwab, Movant–Appellant,**

v.

**ROME FASTENER CORPORATION, Rome Fastener Sales Corporation, Romag Fasteners, Inc., and Rings Wire, Inc., Defendants–Appellees.**

Nos. 2008–1539, 2008–1540, 2008–1541.

United States Court of Appeals, Federal Circuit.

Sept. 23, 2008.